STATE ON RELATION OF WILSON v. MURRAY, JUDGE OF LAKE COUNTY CRIMINAL COURT.

[No. 0-381. Filed September 23, 1954.]

*Vernon Wilson, pro se.*

PER CURIAM—Relator seeks an alternative writ of mandamus against respondent requiring him to set a date to hear his petition for writ of error *coram nobis* which he alleged he filed in the Criminal Court of Lake County.

The verified petition fails to comply with Rule 2-35 as to certified copies of pleadings, orders and entries made in the trial court.

The petition is denied.

NOTE.—Reported in 121 N.E. 2d 706.